**IT IS ORDERED as set forth below:**



Date: September 5, 2023

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| SHANIKA GRIFFIN, | } | CASE NO. A23-53099-PWB |
| | } | |
| DEBTOR. | } | JUDGE PAUL W. BONAPFEL |

**ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7**

On August 16, 2023, this Court held a hearing on notice to the Debtor and all parties in interest on confirmation of the Debtor's proposed Chapter 13 plan, the Chapter 13 Trustee's objections thereto, and the Trustee's request to convert this case to one under Chapter 7. Present at the hearing were counsel for the Debtor, counsel for the Chapter 13 Trustee, and counsel for Freedom Mortgage Corporation.

As no opposition to the Trustee's objections to confirmation and request to convert this case to one under Chapter 7 was announced at the call of this Court's calendar, it is hereby

**ORDERED** that confirmation is denied and this case is **CONVERTED TO ONE UNDER CHAPTER 7**. It is further

**ORDERED** that the Chapter 13 Trustee shall remit the $25.00 filing fee for conversion of this case to one under Chapter 7 to the Clerk of Court prior to disbursing any attorney's fees, adequate protection payments, etc.

The Clerk of Court is directed to serve this Order on those listed on the attached Distribution List.

**END OF DOCUMENT**

Presented by:

_____/s/_____
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
285 Peachtree Center Avenue, N.E.
Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com

## **DISTRIBUTION LIST**

All parties on the Mailing Matrix.